IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHAEL LANE BREWER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 112-132 |
| | ) | |
| RONALD STRENGTH, Sheriff, | ) | |
| Richmond County, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed (doc. no. 5).[1] Petitioner claimed in his petition that Richmond County lacked jurisdiction to charge him with the offense for which he had been arrested and was being held. (See doc. no. 1.) The Magistrate Judge found, however, that Petitioner had not exhausted all available state remedies. (See doc. no. 3.) While Petitioner alleged in his petition that he had filed a motion to dismiss in state court, the Magistrate Judge noted that it did not appear from the petition

---

[1] Petitioner has set forth his objections to the R&R in a document styled as a "Motion for De Novo Review," which was filed within the time limit for objecting to the R&R. (Doc. no. 5.) The Court construes this filing as objections to the R&R rather than any sort of motion for review. Accordingly, the **CLERK** is **DIRECTED** to **TERMINATE** the "motion" from the motions report.

that there had yet been a ruling on that motion. (See id. at 5.)

In his objections, Petitioner offers more details about the motion to dismiss he filed in state court. These new and somewhat confusing details do not detract from the Magistrate Judge's conclusion, however, that Petitioner has failed to exhaust all available state remedies for the grounds raised in his petition. In particular, the Magistrate Judge found that there was no indication that Petitioner had invoked a "complete round of the State's established appellate review process," O'Sullivan, 526 U.S. at 845, a finding that Petitioner does not challenge here.

Petitioner's remaining objections are likewise without merit and provide no basis for departing from the Magistrate Judge's recommendation. Thus, Petitioner's objections are **OVERRULED**. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.[2] Therefore, Petitioner's motion to proceed *in forma pauperis* is **DEEMED MOOT** (doc. no. 2), and this case is **DISMISSED** without prejudice and **CLOSED**.

SO ORDERED this 20th day of November, 2012, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2]Though the instant petition was ostensibly brought pursuant to 28 U.S.C. § 2254, the Magistrate Judge correctly construed it as a petition brought under 28 U.S.C. § 2241. (See doc. no. 3, p. 3.)